

# IN THE
# TENTH COURT OF APPEALS

## No. 10-21-00077-CV

## IN THE INTEREST OF A.L.A., N.B.A., AND J.R.R., CHILDREN

**From the 170th District Court
McLennan County, Texas
Trial Court No. 2020-214-3**

## ABATEMENT ORDER

This is an accelerated appeal from a final order in a parental termination case. Rule of Judicial Administration 6.2 states that an appeal of a suit for termination of the parent-child relationship should be disposed of within 180 days from the date the notice of appeal is filed; therefore, time is of the essence in this appeal. TEX. R. JUD. ADMIN. 6.2(a).

The appellant's brief is overdue in this appeal.[1] The Clerk of the Court's May 13, 2021 letter to appellant's counsel states:

> Our records indicate that the appellant's brief was due to be filed in this Court on or before May 4, 2021. To date, no brief has been filed. The Court directs that you prepare and file a brief in this Court within 14 days after the date of this letter.

---

[1] We also have not received the docketing statement. *See* TEX. R. APP. P. 32.

Unless a brief or satisfactory response is received within 14 days, the Court will abate this cause to the trial court for a hearing to determine why a brief has not been filed on appellant's behalf and to assure that appellant is receiving effective assistance of counsel. *See In re T.V.*, 8 S.W.3d 448, 449-50 (Tex. App.—Waco 1999, order).

Because appellant's brief was not filed within 14 days, we abate this appeal to the trial court to conduct the necessary hearing within 10 days of the date of this order. *See* TEX. R. APP. P. 38.8(a)(2).

The court reporter is ordered to file the supplemental reporter's record of the hearing within 20 days of the date of this order. The trial court clerk is ordered to file the supplemental clerk's record, if any, within 20 days of the date of this order.

PER CURIAM

Before Chief Justice Gray and
      Justice Johnson
Appeal abated
Order issued and filed June 15, 2021
RWR

